UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:
JULIE CHLOROS                                    CHAPTER 13 PROCEEDINGS
                                                 CASE NO.: 11-16282-LMI

              Debtors.              /

**OBJECTION TO CLAIM OF HSBC BANK NEVADA, N.A.**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. This objection also sets an expedited hearing on this objection on the date already scheduled for the confirmation hearing in accordance with Administrative Order 99-4, "Order Shortening the Time for Serving and Noticing Hearing on Certain Objections to Claims in Chapter 13 Cases".**

    Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Administrative Order 99-4, the debtors object to the following claim filed in this case:

    COMES NOW, **Julie Chloros ,** Debtor, by and through her undersigned counsel and Object  to the Proof of Claim filed by HSBC Bank Nevada, N.A.  (claim number 1), hereinafter referred to as creditor and as grounds therefore would show:

1. Creditor, has filed a proof of claim on or about April 18, 2011  in the amount of $1,496.19, for a lap top computer.

2. Claim should be allowed as a secured claim in the amount of $400.00 and the remainder as a general unsecured claim in the amount of $1,096.19.

    WHEREFORE, for the above reasons Debtor prays this Honorable Court enter an order sustaining the Debtor's objection to claim number 1 and reclassify the claim as a secured claim in the amount of $400.00 and unsecured general claim in the amount of $1,096.19.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

Submitted by:

                        Tony Sirven, Attorney at Law, P.A.
                        9560 SW 107 Avenue, Ste 107
                        Miami, FL 33176
                        Telephone: (786) 277-8468
                        Facsimile: (786) 206-9887

By:          /s/_____
               Antonio S. Sirven, Esq
               FBN: 749125