**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ **2nd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Julie Chloros**     JOINT DEBTOR: ____     CASE NO.: **11-16282-LMI**
Last Four Digits of SS# **xxx-xx-5626**     Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **250.00** for months **1** to **16** ;
- B. $ **256.42** for months **17** to **60** ;
- C. $ ____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,000.00**  TOTAL PAID $ **1,100.00**
Balance Due $ **1900.00** payable $ **190.00** /month (Months **1** to **10**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. ____     Arrearage on Petition Date $ **0.00**
   Address: ____     Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: ____     Regular Payment $ ____ /month (Months **0** to **0**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| HSBC Bank Nevada, N.A. c/o Bass & Associates, P.C. | HHG $400.00 | 5.25% | $ 67.69 | 11 to 16 | 406.14 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**     Total Due $ ____
Payable $ ____ /month (Months ____ to ____)     Regular Payment $ ____

Unsecured Creditors: Pay $ **35.00** /month (Months **1** to **10**); Pay $ **157.31** /month (Months **11** to **16**); Pay $ **230.78** /month (Months **17** to **60**)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current and will continue to pay direct and outside the plan: Chase Home Finance acct #9327; Forest Lakes Master Assoc., acct #4604; Miami-Dade Tax Collector, acct #0690; Debtor is surrendering all interest in Chase Mortgage, acct #6627 & #9711; Miami-Dade Tax Collector acct #0860 & 0420; Southlake Villas Condo, acct #1014.

The debtor will provide copies of their income tax return to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend Schedules I and J and modify the plan if necessary.

Debtor agrees to pay 100% of the timely filed allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Julie Chloros
**Julie Chloros**
Debtor

Date: **August 1, 2011**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy